NORMAN C. SULLIVAN, JR. (State Bar No. 48762)
nsullivan@frvf-law.com
GEORGE J. FOWLER, III (pro hac vice)
fow@frvf-law.com
FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: (504) 523-2600
Facsimile: (504) 523-2705

WILLIAM ROBINSON (State Bar No. 087647)
wrobinson@nixonpeabody.com
KELLY L. KRESS (State Bar No. 246368)
kkress@nixonpeabody.com
NIXON PEABODY LLP
Gas Company Tower
555 W. Fifth Street, 46th Floor
Los Angeles, CA  90013
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Attorneys for Plaintiffs CRYSTAL CRUISES, INC. and CRYSTAL SHIP THREE (BAHAMAS) LTD.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYSTAL CRUISES, INC. and CRYSTAL SHIP THREE (BAHAMAS) LIMITED,<br><br>  Plaintiffs,<br>  v.<br><br>MOTEURS LEROY-SOMER S.A.; LEROY-SOMER; EMERSON ELECTRIC COMPANY; and DOES 1 through 20, Inclusive,<br><br>  Defendants. | No. 2:10-cv-08736 PSG (JCx)<br><br>**DECLARATION OF NORMAN C. SULLIVAN, JR. IN SUPPORT OF OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION ("EXHIBIT A"); and EXHIBITS B-AA**<br><br>**Hearing Date: January 9, 2012, 1:30 p.m.** |

I, NORMAN C. SULLIVAN, JR., declare and state:

1. I am a partner with Fowler Rodriguez Valdes-Fauli, counsel of record for Plaintiffs, Crystal Cruises, Inc., and Crystal Ship Three (Bahamas) Limited (hereinafter collectively referred to as "Crystal" or "Plaintiffs"), in the above-entitled

action. Except as otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently with respect thereto. I submit this Declaration in support of Crystal's Omnibus Opposition to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction.

2. Attached hereto as Exhibit 'B' is a true and correct copy of a photograph of one of the generators during construction, which was provided to me by Crystal from its files and produced by Crystal in its authenticated Response to Defendants' Request for Production on September 16, 2011.

3. Attached hereto as Exhibit 'C' is a true and correct copy of the completed wire transfer from Crystal to Leroy-Somer dated January 16, 2009, for urgent generator service provided to me by Crystal from its files, and produced by Crystal in its authenticated Response to Defendants' Request for Production on September 16, 2011. Also hereto attached is the Leroy-Somer invoice, order number 546474 for generator service provided to me by Crystal from its files dated November 18, 2008, and produced by Crystal in its authenticated Response to Defendants' Request for Production on September 16, 2011. Also hereto attached is a true and correct copy of the Crystal purchase order A-3-1235 and the receiving report both issued January 8, 2009, provided to me by Crystal from its files and produced by Crystal in its authenticated Response to Defendants' Request for Production on September 16, 2011.

4. Attached hereto as Exhibit 'D' is a true and correct copy of the correspondence between Xavier Andre and Knut Aune dated January 6, 2009, regarding Leroy-Somer generator problems, provided to me by Crystal from its files and produced by Crystal in its authenticated Response to Defendants' Request for Production on September 16, 2011. Also attached hereto is a true and correct copy of the Crystal Serenity Verification of Work Onboard dated February 3, 2009, and the Leroy-Somer "Compte Rendu D'intervention" dated February 2, 2009, provided to me

by Crystal from its files and produced by Plaintiffs Crystal in its authenticated Response to Defendants' Request for Production on September 16, 2011.

5. Attached hereto as Exhibit 'E' is a true and correct copy of the purchase order dated January 9, 2009, for generator service provided to me by Crystal from its files and produced by Crystal in its authenticated Response to Defendants' Request for Production on September 16, 2011.

6. Attached hereto as Exhibit 'F' is a true and correct copy of the itemized Leroy-Somer Generators 1-6 Partial Discharge expenses provided to me by Crystal from its files and produced by Crystal in its authenticated Response to Defendants' Request for Production on September 16, 2011.

7. Attached hereto as Exhibit 'G' is a true and correct copy of the relevant pages of the Transcript of the November 18, 2011 deposition of Joseph Valenti, Crystal's designated corporate representative.

8. Attached hereto as Exhibit 'H' is a true and correct copy of the relevant pages of the transcript of the November 2, 2011 deposition of Gary Sajewich, the individual produced by Emerson as its designated corporate representative.

9. Attached hereto as Exhibit 'I' is a true and correct copy of the Affidavit of Thomas Ottoson, President of Associated Professional Investigators, Inc., and executed on December 1, 2011.

10. Attached hereto as Exhibit 'J' is a true and correct copy of the Affidavit of Greg Oranges, and executed on December 7, 2011.

11. Attached hereto as Exhibit 'K' is a true and correct copy of the Declaration of Randall S. Waier dated December 9, 2011.

12. Attached hereto as Exhibit 'L' is a true and correct copy of the Abstract of Judgment obtained April 7, 1998 against Caryl Edmund Oranges, reflecting Leroy-Somer S.A. as the judgment creditor.

13. Attached hereto as Exhibit 'M' is a true and correct copy of the webpage located at http://www.highbeam.com/doc/1G1-8589308.html, which I reviewed and subsequently downloaded during my visit to the aforementioned website on April 28, 2011.

14. Attached hereto as Exhibit 'N' is a true and correct copy of the webpage located at http://www.leroy-somer.com/pdf/lsnews/LS80UK.pdf, which I reviewed and subsequently downloaded during my visit to the aforementioned website on April 28, 2011.

15. Attached hereto as Exhibit 'O' are true and correct copies of charts and purchase orders of Leroy-Somer sales in California ranging from the year 2006 through March, 2011, and produced by Defendant Leroy-Somer in its authenticated Responses to Plaintiff's Request for Production on October 14, 2011. (Bates Nos. EM1, EM67-79). Also attached is a summary prepared by my office of the sales prices from documents EM00080-EM00260 produced by defendants representing sales of what are believed to be MLS products to California customers through Emerson Motor Company.

16. Attached hereto as Exhibit 'P' is a true and correct copy of a list of Leroy-Somer customer sales in California ranging from November, 2006 through March, 2011, and produced by Defendant Emerson Electric in its authenticated Response to Plaintiffs' Request for Production on October 14, 2011. Bates Nos. EM67 and EM68. Sales to Hydrotec are of Leroy-Somer products not manufactured by Moteurs Leroy-Somer.

17. Attached hereto as Exhibit 'Q' are true and correct copies of the invoice dated June 19, 2009, and issued by Leroy-Somer to Crystal, as well as purchase order E-3-09-0283 dated June 9, 2009, provided to me by Crystal from its files and produced by Crystal in its authenticated Response to Defendants' Request for Production on September 16, 2011.

18. Attached hereto as Exhibit 'R' is a true and correct copy of the correspondence and the Complete Stator offer from Leroy-Somer, both of which are dated February 5, 2009, provided to me by Crystal from its files and produced by Crystal in its authenticated Response to Defendants' Request for Production on September 16, 2011.

19. Attached hereto as Exhibit 'S' is a true and correct copy of the webpage located at www.leroysomerna.com/dreplist.html, which I reviewed and subsequently downloaded during my visit to the aforementioned website on May 12, 2011.

20. Attached hereto as Exhibit 'T' is a true and correct copy of the webpage located at www.Applied.com, which I reviewed and subsequently downloaded during my visit to the aforementioned website on October 20, 2011.

21. Attached hereto as Exhibit 'U' is a true and correct copy of the webpage located at http://www.usmotors.com/Service-Support/Find-Distributor.aspx, which I reviewed and subsequently downloaded during my visit to the aforementioned website on November 15, 2011.

22. Attached hereto as Exhibit 'V' is a true and correct copy of the webpage located at www.leroysomer.com/en/company, which I reviewed and subsequently downloaded during my visit to the aforementioned website on May 16, 2011.

23. Attached hereto as Exhibit 'W' is a true and correct copy of the presentation entitled, "Emerson: A Century of Manufacturing [and] Leroy-Somer: A Century of Experience," which was provided to NYK/Crystal through CAT, provided to me by Crystal from its files and was produced by Crystal in its authenticated Response to Defendants' Request for Production on September 16, 2011.

24. Attached hereto as Exhibit 'X' is a true and correct copy of the Leroy-Somer locations which was provided to me by Crystal from its files and produced by Plaintiffs' Crystal Cruises in its authenticated Response to Defendants' Request for Production on September 16, 2011.

Declaration in Support of Omnibus Opposition to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction

25. Attached hereto as Exhibit 'Y' is a true and correct copy of the Leroy-Somer diagram of its construction process of an alternator which was provided to me by Crystal from its files and produced by Crystal in its authenticated Response to Defendants' Request for Production on September 16, 2011.

26. Attached hereto as Exhibit 'Z' is a true and correct copy of the webpage located at http://www.leroy-somer.com/documentation_pdf/4162a_en.pdf, which I reviewed and subsequently downloaded during my visit to the aforementioned website on November 15, 2011.

27. Attached hereto as Exhibit 'AA' is a true and correct copy of the correspondence between Knut Aune and Joe Valenti, and dated March 30, 2009, and which was provided to me by Crystal and produced by Crystal in its authenticated Response to Defendants' Request for Production on September 16, 2011.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct, and that this declaration was executed in New Orleans, Louisiana, on December 12, 2011.

　　　　　　　　　　　　　　　　　　　Norman C. Sullivan, Jr. (State Bar No. 48762)

25. Attached hereto as Exhibit 'Y' is a true and correct copy of the Leroy-Somer diagram of its construction process of an alternator which was provided to me by Crystal from its files and produced by Crystal in its authenticated Response to Defendants' Request for Production on September 16, 2011.

26. Attached hereto as Exhibit 'Z' is a true and correct copy of the webpage located at http://www.leroy-somer.com/documentation_pdf/4162a_en.pdf, which I reviewed and subsequently downloaded during my visit to the aforementioned website on November 15, 2011.

27. Attached hereto as Exhibit 'AA' is a true and correct copy of the correspondence between Knut Aune and Joe Valenti, and dated March 30, 2009, and which was provided to me by Crystal and produced by Crystal in its authenticated Response to Defendants' Request for Production on September 16, 2011.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct, and that this declaration was executed in New Orleans, Louisiana, on December 12, 2011.

_____
Norman C. Sullivan, Jr. (State Bar No. 48762)