EXHIBIT B



EXHIBIT C

```
DATE: 01/16/09              COMPLETED WIRE TRANSFER REQUESTS                PAGE:  23
-------------------------------REQUEST INFORMATION--------------------------------
REQUEST NBR: 44109          REQUEST DATE: 01/13/09                      STATUS: X
BENEFICIARY: MOTEURS LEROY - SOMER                        VENDOR NBR: 55517
  WIRE-BANK: CREDIT LYONNAIS                BANK ACCOUNT: FR5930000020522400000
  & ADDRESS:                                ROUTING CODE: X83(IBAN CONT)
                                                     ABA: CRLYFRPP
        CITY: N/A                           STATE:
         ZIP:                               CTRY:
CORRES BANK:
CORRES ABA :                                LOCAL CURR:    2974.10 CURRENCY: EUR
                                            DIST TOTAL:    2974.10 VAR:         .00
     BANK REMARKS: F:SERVICES (44109)
                   INV#546474 (A-3-08-1235)

INTERNAL REMARKS:



------------------------------COMPLETED INFORMATION------------------------------
  APPLY DATE: 01/16/09                   VALUE DATE: 01/16/09 REF NBR: 0901144
   FROM BANK: BANK OF TOKYO-MITSUBISH  ACCOUNT NBR: 1040         USD:   3890.30
BANK CHARGE:     .00                   EXCHANGE RATE:    .76449 COMM CHG:    .00

------------------------------APPROVAL INFORMATION-------------------------------
  RTRN:

REQUESTED BY    APPVD: DEPT Y     ACCTG Y    TREASURY Y   TREASURY COMPLETE Y
   JOT  17              MXE         MXE         JIM                    JIM
 01/13/09            01/14/09    01/14/09    01/16/09               01/16/09

------------------------------ACCOUNT DISTRIBUTION-------------------------------
             DPT ACCNT   CRUISE    DISTRIBUTION    U.S. DOLLARS
             320 5481                2974.10        3890.30  546474    Ex (See Attach)
                 1170                                29.74
                                                   3920.04
                                CY-0902
```

EXHIBIT C

CC - 022468



**RECEIVED JAN 0 7 2009 ACCOUNTS PAYABLE**

MOTEURS LEROY-SOMER
BP 1517 - Bd. Marie Stuart
F - 45008 ORLEANS Cedex

| | | | | |
|---|---|---|---|---|
| Du : | 18/11/2008 | Au : | 19/11/2008 | N° Ordre / Order number: **546474** |

**Ref. Client / Customer description**

| | |
|---|---|
| Client / Customer | crystal cruises |
| Nom site / Site name | Crystal Serenity |
| Nom de l'agent / Engineer | ALTUNA |

**Ref. Alternateur / Generator description**

| | |
|---|---|
| N° série / Serial number | **167952**  2 |
| Type | **A 62** |
| Extension / Add on | **80** |

A-3-08-1235

### DETAILS FACTURE / BILL DETAILS

| | Unité / Unit | Prix / Price | Total |
|---|---|---|---|
| Jours d'attente / Waited days | 0 | 0,00 € | 0,00 € |
| Jours de voyage / Travelled days | 1 | 750,00 € | 750,00 € |
| 1er jour travaillé / 1st day worked | 1 | 1 090,00 € | 1 090,00 € |
| Jours travaillés / worked days | 0 | 0,00 € | 0,00 € |
| Jours fériés / Vaccations | 0 | 0,00 € | 0,00 € |
| Samedis / Saturdays | 0 | 0,00 € | 0,00 € |
| Heures supplémentaires / Extra work | 0 | 0,00 € | 0,00 € |
| Frais de transport / Travel price | 943,09 € | 110,00% | 1 037,30 € |
| Frais de séjour / living cost | 88,00 € | 110,00% | 96,80 € |
| | | Total : | 2 974,10 € |

VENDOR (KROE) 55417
PAID IN FULL
Expense Accrual No. GA
320  5481   2974.10

mercredi 7 janvier 2009

CC - 022469
Page 1/1

EXHIBIT C

# Purchase Order

| PURCHASE ORDER NUMBER | SHIP NAME |
|---|---|
| A-3-08-1235- | Crystal Serenity |

| DATE ISSUED | STATUS | FREIGHT TERMS | REQ. DEL. DATE | PAGE |
|---|---|---|---|---|
| 08/01/09 (DD/MM/YY) | URG | FAS | 18/11/08 (DD/MM/YY) | 1 of 2 |

| PAYMENT TERMS | INVOICES SUBMITTED WITHOUT PURCHASE ORDER NUMBERS WILL NOT BE PROCESSED FOR PAYMENT AND WILL BE RETURNED TO VENDOR. | PORT OF DELIVERY | ACCOUNT CODE |
|---|---|---|---|
| NET 30 | | LISBON, PORTUGAL | 548113 |

**VENDOR:**
MOTEURS LEROY SOMER
BD. MARIE STUART
BP 1517
F-45005 ORLEANS CEDEX
FRANCE
ATTN: MR. XAVIER ANDRE
PH: 011-33-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
FAX: 9011-33-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
E-MAIL: sav.aceo@leroysomer.com

**SHIP TO:**
DIRECT DELIVERY TO SHIP

**SHIPPING INSTRUCTIONS:**
MARK ALL BOXES   A-3-08-1235-
PLEASE FAX SHIPPING DETAILS TO BRIAN KIMURA, LOGISTICS MANAGER, AT 310-286-6614
NO PARTIAL SHIPMENTS WITHOUT PRIOR APPROVAL BY CCI PURCHASING.

*Crystal Serenity*

| # | DESCRIPTION | U/M | QTY | / EUR / COST | DISC % | / EUR / EXT. |
|---|---|---|---|---|---|---|
| 1 | | 1200002 | 1 | 2,974.10 | 0 | 2,974.10 |

| | |
|---|---|
| SUBTOTAL: | 2,974.10 |
| FREIGHT: | 0.00 |
| TOTAL EUR: | 2,974.10 |

EXHIBIT C

CC - 022470

- Continued on page 2 -

# Crystal Cruises

## RECEIVING REPORT

PO #:   A-3-08-1235-

**Printed:** 01/13/2009  
**Received by Vessel:** 01/08/2009  
**PO Creation Date:** 01/07/2009  
**Budget Date:** 11/15/2008  

**Ship Name:** Crystal Serenity  
**Budget Code:** 548113  
**Payment Terms:** NET 30  
**Currency:** EUR  

**Amos Vendor #:** 1745  
**A/P Vendor #:**

**Vendor Name:** MOTEURS LEROY SOMER

| Line # | SKU # | Description | U/M | Order QTY | Unit Price | Order Total | Received QTY | Received Total |
|---|---|---|---|---|---|---|---|---|
| 1 | . . . | URG SERVICE GENERATOR | Service | 1 | 2,974.10 | 2,974.10 | 1 | 2,974.10 |
|   |   |   |   |   | **Total** | 2,974.10 | **Total** | 2,974.10 |



EXHIBIT

CC - 022471

# Exchange Rate Diffrence 1/16/09

| Vendor # | Vendor | Reference | Dept | Account | Cruise | Amount |
|---|---|---|---|---|---|---|
| 94975 | Wilh. Richers | | 350 | 6520 | | 23.77 |
| | | | | | | 23.77 |
| 79973 | Sarment Sea Wine | | 03 | 1253 | | 14.88 |
| | | | | | | 14.88 |
| 73818 | Rondo Seewer (Switzerland) | | 320 | 6510 | | 22.90 |
| | | | | | | 22.90 |
| 57302 | Navigal, LDA | | 03 | 1253 | | 63.40 |
| 57302 | Navigal, LDA | | 03 | 1263 | | 105.26 |
| 57302 | Navigal, LDA | | 03 | 1263 | | 91.90 |
| 57302 | Navigal, LDA | | 03 | 1243 | | 99.59 |
| | | | | | | 360.15 |
| 47075 | Ligabue Group | | 03 | 1253 | | 14.82 |
| 47075 | Ligabue Group | | 03 | 1243 | | 13.62 |
| | | | | | | 28.44 |
| 38171 | Inter Supply Ship Stores | | 03 | 1253 | | 9.99 |
| 38171 | Inter Supply Ship Stores | | 03 | 1263 | | 3.00 |
| | | | | | | 12.99 |
| 24522 | Fine Wine Trade | | 03 | 1253 | | 27.48 |
| 24522 | Fine Wine Trade | | 03 | 1253 | | 139.33 |
| | | | | | | 166.81 |
| 55517 | Moteurs Leroy - Somer | A-3-08-1235 CY-0902 | 320 | ~~5481~~ 1170 | | 29.74 |
| | | | | | | 29.74 |
| PA512 | Holmes & Co. | | 00 | 3600 | | 312.26 |
| | | | | | | 312.26 |
| PA964 | William Shepherd SRL | | 00 | 3600 | | 512.28 |
| | | | | | | 512.28 |
| 52667 | Merima Ltd | D-2-08-1526 | 310 | 5152 | | 67.87 |
| | | | | | | 67.87 |
| 92802 | WMF Aktiengesellschaft | E-3-08-1222 | 320 | 5455 | | 0.87 |
| | | | | | | 0.87 |
| 78160 | Serk Como GMBH | | 320 | 6510 | | 2.46 |
| | | | | | | 2.46 |
| 06177 | Baltic Marine Ltd. | M-3-08-0562-1 | 320 | 5458 | | 1.95 |
| 06177 | Baltic Marine Ltd. | | 320 | 6510 | | 15.84 |
| | | | | | | 17.79 |
| | | | | | | 1,573.21 |

EXHIBIT C

CC - 022472