MICHAEL G. KING (SBN 145477)
THOMAS H. CASE (SBN 116660)
RYAN R. JIKE (SBN 199537)
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA  90292
Telephone:(310) 305-2100
Facsimile: (310) 305-2116
EM:  mking@hgla.com
EM:  tcase@hgla.com
EM:  rjike@hgla.com

Attorneys for Defendant
EMERSON ELECTRIC CO.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Crystal Cruises, Inc., and Crystal Ship Three (Bahamas) Limited,<br><br>                              Plaintiffs,<br><br>   v.<br><br>Moteurs Leroy-Somer S.A.; Leroy-Somer; Emerson Electric Company; and DOES 1 through 20, Inclusive,<br><br>                              Defendants. | **CASE NO. CV 10-08736-PSG (JCx)**<br><br>Assigned to Philip S. Gutierrez<br>Court Room 880 (Roybal Building)<br><br>**PARTIES' JOINT EXHIBIT LIST**<br><br>Pretrial Conference:   February 13, 2012<br>Trial:                         March 6, 2012 |

Pursuant to Local Rule 16-6, plaintiffs Crystal Cruises, Inc. and Crystal Ship Three (Bahamas) Limited and defendant Emerson Electric Co. ("Emerson") hereby submit their Joint Exhibit List.

/ / /

/ / /

/ / /

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | **JOINT EXHIBIT LIST** | | |
| 1. | Leroy-Somer Report dated November 12, 2008. (CC4365-71) | | |
| 2. | Leroy-Somer correspondence concerning repair. (CC4431-37) | | |
| 3. | Leroy-Somer correspondence concerning repair (CC4506-21) | | |
| 4. | Leroy-Somer Report dated February 2, 2009 (CC4557-67) | | |
| 5. | Leroy-Somer correspondence concerning repair (CC4572-86) | | |
| 6. | Correspondence with Lloyds Register representative (CC5363-64) | | |
| 7. | Leroy-Somer correspondence concerning repairs (CC5365-74) | | |
| 8. | Correspondence with Lloyds Register representative (CC5413-16) | | |
| 9. | Hong Kong Agenda (CC5488-5550) | | |
| 10. | Leroy-Somer Report dated July 5, 2005 (CC11064-79) | | |
| 11. | Leroy-Somer Report dated January 23, 2009 (CC13257-58) | | |
| 12. | YMS Report dated March 2009 (CC20288-304) | | |
| 13. | YMS Report dated August 2009 (CC20377-383) | | |
| 14. | YMS Report dated June 2009 (CC13557-77) | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | **JOINT EXHIBIT LIST** | | |
| 15. | YMS Report dated April 2009 (CC13579-92) | | |
| 16. | YMS Report dated April 2009 (CC13599-606) | | |
| 17. | YMS Report dated April 2009 (CC13609-16) | | |
| 18. | YMS Report dated February 2009 (CC13833-49) | | |
| 19. | Vessel Construction Contract (CC19894-953) | | |
| 20. | YMS Report dated March 2009 (CC20305-13) | | |
| 21. | YMS Report dated March 2009 (CC20314-20) | | |
| 22. | YMS Report dated August 2009 (CC20384-413) | | |
| 23. | YMS Report dated August 2009 (CC20414-446) | | |
| 24. | YMS Report dated August 2009 (CC20447-55) | | |
| 25. | YMS Report dated May 2010 (CC20569-71) | | |
| 26. | Fax regarding NYK's preferred choices for the Makers List dated December 28, 2000 (CC23479-84) | | |
| 27. | Technical Specifications for Ch. 6 Electrical dated December 12, 2000 (CC-23485-533) | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | **JOINT EXHIBIT LIST** | | |
| 28. | Tripartite Agreement (CC23596-613) | | |
| 29. | E-mail from CAT to NYK informing that Leroy-Somer has been selected dated February 28, 2001 (CC23658-703) | | |
| 30. | E-mail to Jinnouchi from Michel (CAT) regarding information on Leroy-Somer generators (CC23704-06) | | |
| 31. | NYK comments/questions regarding the generators dated March 9, 2001 (CC23707-09) | | |
| 32. | NYK comments with CAT Responses (CC23710-14) | | |
| 33. | NYK comments with CAT Responses (CC23175-19) | | |
| 34. | NYK comments with CAT Responses and NYK comments on Responses (CC23720-25) | | |
| 35. | E-mail from Francois Ribault to Jinnouchi dated March 21, 2001 (CC23720-36) | | |
| 36. | E-mail from CAT to NYK dated March 28, 2001 (CC23737-48) | | |
| 37. | Bareboat Charter between Crystal Ship Three (Bahamas) Limited and Crystal Cruises, Inc. dated June 30, 2003 (CC23932-52) | | |
| 38. | Statement of Particular Average prepared by Atlantic Maine Associates, Inc. Average Adjusters | | |

| | **JOINT EXHIBIT LIST** | | |
|---|---|---|---|
| **Exhibit No.** | **Description** | **Date Identified** | **Date Admitted** |
| | dated October 19, 2011 (CC23953-24348) | | |
| 39. | Spreadsheet of Claim Expenses (CC20855-20958) | | |
| 40. | Second Amended Notice of Videotaped Deposition of Plaintiff Crystal Cruises, Inc. dated 10-28-11 | | |
| 41. | Second Amended Notice of Videotaped Deposition of Plaintiff Crystal Ship Three (Bahamas) Limited dated 10-28-11 | | |
| 42. | Contract for Construction and Sale between Nippon Yusen Kabushiki Kaisha and Chantiers de L'Atlantique dated 12-12-00 [CC-019894-CC-019953] | | |
| 43. | Supervision Agreement Relating to Construction between Crystal Ship Three (Bahamas) Ltd. And Nippon Yusen Kabushiki Kaisha dated 03-26-01[CC-023604-CC-023613] | | |
| 44. | Tripartite Agreement dated 03-26-01 [CC-023596-CC-023613] | | |
| 45. | E-mail with attachments from F. Ribault and S. Klein to T. Matsubara and K. Jinnouchi dated 02-28-01 [CC-023658-CC-023703] | | |
| 46. | E-mail string between NYK and CAT re: H32 – Project N.Y. K. dated 03-05-01 [CC-023704-CC-023705] | | |
| 47. | E-mail string attaching reference list from F. Ribault and S. Klein to T. | | |

{00107944 }5

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | **JOINT EXHIBIT LIST** | | |
| | Matsubara and K. Jinnouchi dated 03-21-01 [CC-023730-CC-023736] | | |
| 48. | Document re: Main Generator dated 03-09-01 [CC-023720-CC-023725] | | |
| 49. | E-mail string among J. Nilsen, K. Jinnouchi, T. Matsubara, F. Ribault, and S. Klein re: Main Generators Selection dated 2-01 through 3-01 [ CC-023728-CC-023729] | | |
| 50. | Letter from T. Matsubara to K. Aune re: List of Suppliers/Makers dated 12-28-00 [CC-023480-CC-023484] | | |
| 51. | Bimco Standard Bareboat Charter [CC-023932-CC-023952] | | |
| 52. | NYK C3 – St. Nazaire Monthly Report January 2002 [CC-020725-CC-020759] | | |
| 53. | NYK C3 – St. Nazaire Monthly Report December 2001 [CC-020695-CC-020719] | | |
| 54. | E-mail with attachment from F. Ribault to T. Matsubara and K. Jinnouchi dated 03-28-01 [CC-023737-CC-023745] | | |
| 55. | Order No. HA-EL/I-138461/1 [EM00261-EM00268] | | |
| 56. | Standard Terms and Conditions of Purchase [EM0269] | | |
| 57. | Crystal Cruises, Inc.'s Responses to Defendant Emerson Electric Co.'s First Set of Special Interrogatories | | |

{00107944 } 6
**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | **JOINT EXHIBIT LIST** | | |
| | dated 09-16-11 | | |
| 58. | Crystal Ship Three (Bahamas) Limited's Responses to Defendant Emerson Electric Co.'s First Set of Special Interrogatories dated 09-16-11 | | |
| 59. | Crystal Cruises, Inc.'s Response to Defendant Emerson Electric Co.'s First Set of Requests for Admissions dated 09-16-11 | | |
| 60. | Crystal Ship Three (Bahamas) Limited's Response to Defendant Emerson Electric Co.'s First Set of Requests for Admissions dated 09-16-11 | | |
| 61. | Crystal Cruises, Inc. and Crystal Ship Three (Bahamas) Limited Responses to Defendant Emerson Electric Co.'s First Request for Production of Documents dated 09-16-11 | | |
| 62. | NYK C3 – St Nazaire Monthly Reports [CC 020637 – 20854] | | |
| 63. | Stator fixation for generator [CC023893-23894] | | |
| 64. | Chantiers de l'Atlantique documents to Leroy-Somer regarding specifications for subject generators [EM00261-00316] | | |
| 65. | Stator Wedge Replacement Report [CC 10322-10328] | | |
| 66. | Technical Visit Report [CC 10-16]. | | |
| 67. | Generator technical data [CC 5262] | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | **JOINT EXHIBIT LIST** | | |
| 68. | Alternator diagram [CC23783-23788] | | |
| 69. | E-mail communication and quote regarding proposed repairs to generators [CC1-6, 4429-4437] | | |
| 70. | Emerson's corporate records and articles of incorporation. | | |
| 71. | Leroy-Somer's corporate records and articles of incorporation. | | |
| 72. | Moteurs Leroy-Somer's corporate records and articles of incorporation. | | |
| 73. | Documents reflecting the manufacture, design, testing and inspection of the subject generators. | | |

The parties reserve their right to use, refer to, and admit into evidence exhibits for impeachment that are not on this list. The parties further reserve their right to use, refer to, and admit into evidence exhibits that are part of this Court's records, are properly subject to judicial notice, and for rebuttal. The parties further reserve the right to use, refer to, and admit into evidence any other exhibits or evidence that the Court may allow.

DATED: January 23, 2012          **HENNELLY & GROSSFELD LLP**

By:    / s / Ryan R. Jike
       MICHAEL G. KING
       RYAN R. JIKE
       Attorneys for Defendants
       EMERSON ELECTRIC CO., LEROY-SOMER, and MOTEURS LEROY-SOMER S.A.

DATED:  January 23, 2012       **FOWLER RODRIGUEZ VALDES-FAULI**

By:   / s /  Norman C. Sullivan, Jr.
NORMAN C. SULLIVAN JR.
GEORGE J. FOWLER, III
(Admitted *Pro Hac Vice*)
Attorneys for Plaintiffs
CRYSTAL CRUISES, INC. and
CRYSTAL SHIP THREE (BAHAMAS) LIMITED

DATED:  January 23, 2012       **NIXON PEABODY LLP**

By:   / s /  Kelly Kress
WILLIAM L. ROBINSON
KELLY L. KRESS
Attorneys for Plaintiffs
CRYSTAL CRUISES, INC. and
CRYSTAL SHIP THREE (BAHAMAS) LIMITED